# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IAN PINCOMBE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLOTTE COLLINS et al.,<br><br>    Defendants.<br>_____ | 2:14-cv-1328-RCJ-GWF<br><br>**ORDER** |

## I.  DISCUSSION

On November 6, 2014, this Court entered a screening order dismissing Plaintiff's denial of access to the court claim, without prejudice, with leave to amend. (ECF No. 2 at 6). The Court granted Plaintiff 30 days to file an amended complaint. (*Id.*). The Court stated that, if Plaintiff did not file an amended complaint, the action would proceed on Plaintiff's Sixth Amendment claim only based on Defendants' alleged conduct in reading legal documents prepared by Plaintiff for his counsel. (*Id.* at 6-7). The Court previously granted Plaintiff's application to proceed *in forma pauperis*. (*Id.* at 6).

Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. This case shall now proceed on Plaintiff's Sixth Amendment claim only.

## II.  CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that the Sixth Amendment claim for violations of the attorney-client privilege shall proceed against Defendants Collins and Corrections Corporation of America.

**IT IS FURTHER ORDERED** that the Clerk of Court **SHALL ISSUE** summonses for Defendants Collins and Corrections Corporation of America, **AND DELIVER THE SAME**,

along with the complaint (ECF No. 3), to the U.S. Marshal for service.  The Clerk also **SHALL SEND** to Plaintiff **two (2)** USM-285 forms, one copy of the complaint, a copy of this order, and a copy of the screening order (ECF No. 2).  Plaintiff shall have **thirty (30) days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form.  Within **twenty (20) days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which Defendants were served and which were not served, if any.  If Plaintiff wishes to have service again attempted on an unserved Defendant(s), then a motion must be filed with the Court identifying the unserved Defendant(s) and specifying a more detailed name and/or address for said Defendant(s), or whether some other manner of service should be attempted.

**IT IS FURTHER ORDERED** that henceforth, Plaintiff shall serve upon Defendants or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Defendants or counsel for the Defendants.  The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the clerk, and any paper received by a district judge, magistrate judge or the clerk which fails to include a certificate of service.

DATED: This 8th day of December, 2014.

_____
United States Magistrate Judge

2